IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED

FEB -8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :

             Plaintiff          :

      v.                                       : CIVIL ACTION NO. 99-87-SLR

HERMAN E. SHORT,                             :
a/k/a "Herman F. Short,"
a/k/a "Herman F. Short, Sr.,"                :

LOUISE M. SHORT,                             :
a/k/a "Louise Short,"
a/k/a "Virginia L. Short,"                   :

           Defendants   :

## AMENDED ORDER OF FORECLOSURE AND SALE

**AND NOW**, THIS   10th   DAY OF February, 2006, the foregoing Motion

having been read and considered, it is

### ORDERED, ADJUDGED AND DECREED as follows:

1.    That the mortgage described in the Complaint herein be, and the same

hereby is, foreclosed from any equity of redemption in and to the lands and premises

therein described.

2.    The said lands and premises be sold to the highest bidder by the United

States Marshal at public sale to be held at The Circle, Georgetown, Delaware, on the

**20th day of March, 2006**, at **11:30 a.m.**, after notice has been given in accordance with

28 U.S.C. Section 2002, once a week for four consecutive weeks prior to sale in one

newspaper in general circulation in Sussex County, Delaware, the first such notice to be

given on or before **February 20, 2006**, in substantially the form in Exhibit A attached

hereto.

3.    The terms and conditions of the sale shall be as follows:

(a)    The United States may bid a credit against its judgment and interest thereon, costs, and expenses without tender of cash, as provided by Title 31, United States Code, Section 3715.

(b)    The terms of sale as to all other persons or parties bidding shall be cash or certified check. The successful bidder, called purchaser herein, shall be required to deposit with the United States Marshal cash, or a certified check, equal to ten percent (10%) of his total bid immediately upon the property being struck off and awarded to him as the highest and best bidder; and the remaining ninety percent (90%) of said purchase price to be paid within ten (10) days from the original sale date of **March 20, 2006**, before 5:00 p.m. If the highest bidder fails to settle, all his rights in the real estate shall cease and be completely void and the property may be readvertised and sold by the Marshal without further order of the Court at the risk of the defaulting bidder whose deposit shall be forfeited; and in the case of a deficiency on such resale, he shall make good the same to the persons thereby injured.

4.    A hearing be held on ___May 3, 2006___, at _4:30_ p.m. in Court Room No. 6-B in the Federal Courthouse, 844 King Street, Wilmington, Delaware, to consider confirmation of the sale herein ordered and to consider any objections which may be made to said sale.

5.    A true copy of this Order and Decree, with attached exhibit, be delivered forthwith to the United States Marshal by the Clerk.

6.    That jurisdiction is retained over this matter for the granting of such orders

or decrees as the circumstances may require.

**HONORABLE SUE L. ROBINSON**
United States District Court Judge