# U.S. Department of Justice



*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building          (302) 573-6277 x 156
1007 Orange Street, Suite 700         FAX (302) 573-6220
P.O. Box 2046               TTY (302) 573- 6274
Wilmington, Delaware 19899-2046    Toll Free (888) 293-8162
                    Patricia.Hannigan@usdoj.gov

March 7, 2006

Honorable Sue L. Robinson
Chief District Judge
J Caleb Boggs Federal Bldg
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

  RE: **United States v. Herman E. Short, et al.**
    **Civil Action No. 99-87-SLR**

Dear Chief Judge Robinson:

  I write to request that the Court remove from the calendar the confirmation hearing set for March 29, 2006 in the captioned matter, and to explain, with apologies, the multiple requests for a hearing in this foreclosure matter,

  In response to requests from this office, the Court has three times scheduled dates for the foreclosure sale and for confirmation hearings. Unfortunately, because of repeated complications in advertising and scheduling the sale of the property, the first two sale dates became impossible. The property is now set for March 20, 2006, and we are hopeful the sale will proceed as scheduled.

  As a result of the Government's repeated requests, necessitated by the impossibility of the first two sale dates, the Court presently has on its calendar two dates for a hearing to confirm the same foreclosure sale. See D.I.-20 (scheduling a hearing for March 29) and D.I.-22 (scheduling a hearing for May 3, 2006). We apologize for the confusion.

  It is the Government's request that the March 29 date be taken off the calendar, and the May 3 date remain. Even if the property is sold without complications on March 20, it is entirely possible that the final details will not be completely accomplished by March 29. For example, pursuant to paragraph 3(b) of the February 10 Order (D.I.-22), the purchaser has ten days from March 20 to pay the full purchase price to the United States Marshall's Service. Thus a hearing on March 29 appears to be premature.

Again, we apologize for the complication and we very much appreciate the Court's consideration. The undersigned is, of course, available if Your Honor has questions or comments.

                                          Respectfully,

                                          COLM F. CONNOLLY
                                          United States Attorney

                                      BY: /s/Patricia C. Hannigan
                                          Patricia C. Hannigan
                                          Assistant United States Attorney

PCH:md

cc:     Clerk/USDC