USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 99-87-SLR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| HERMAN AND LOUISE SHORT, ETC. | NOTICE OF SALE-TENANT OCCUPA |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** | MRS. LOUIS M. SHORT |
| **AT** | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | RD 3, BOX 216B, MILLSBORO, DE 19966 - 36552 MILLSBORO HIGHWAY, MILLSBORO, DE 19966 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| RENEE A. AUSTIN<br>PARALEGAL SPECIALIST<br>UNITED STATES ATTORNEY'S OFFICE<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19899 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

The attached Notice, with its enclosure, is to be posted on the common entrance door of the dwelling located at RD 3, Box 216B, Millsboro, Delaware.

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>302-573-6277 | DATE<br>4/24/06 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. | District to Serve<br>No. 5 | Signature of Authorized USMS Deputy or Clerk | Date<br>5-3-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above or on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Louise Short | |

| Address *(complete only different than shown above)* | Date<br>5-5-06 | Time<br>12°° | ☐ am<br>☑ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 180.00 | 84.55 | | 264.55 | | $0.00 |

REMARKS: 4 hrs @ $45.00 hr = $180.00

190 mi. @ 44.5¢ mi = 84.55

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00