

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*     *(302) 573-6277 x 156*
*1007 Orange Street, Suite 700*     *FAX (302) 573-6220*
*P.O. Box 2046*     *TTY (302) 573- 6274*
*Wilmington, Delaware 19899-2046*     *Toll Free (888) 293-8162*
    *Patricia.Hannigan@usdoj.gov*

June 14, 2006

Honorable Sue L. Robinson
Chief District Judge
J Caleb Boggs Federal Bldg
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

    **RE:**    **United States v. Herman E. Short, et al.**
            **Civil Action No. 99-87-SLR**

Dear Chief Judge Robinson:

    I write to advise the court that the foreclosure sale scheduled in this matter did not go forward. The debt owed to the Government was otherwise resolved on the eve of the sale. Accordingly, the hearing scheduled for June 19, 2006 can be taken off the Court's calendar. Counsel is, of course, available if Your Honor has questions or comments.

                            Respectfully,

                            COLM F. CONNOLLY
                            United States Attorney

                     BY:/s/Patricia C. Hannigan
                            Patricia C. Hannigan
                            Assistant United States Attorney

PCH:md

cc:     Clerk/USDC