IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 99-87-SLR |
| HERMAN E. SHORT,<br>a/k/a "Herman F. Short,"<br>a/k/a "Herman F. Short, Sr.," | :<br><br>: |
| LOUISE M. SHORT,<br>a/k/a "Louise Short,"<br>a/k/a "Virginia L. Short," | :<br><br>: |
| Defendants | : |

### PRAECIPE FOR VOLUNTARY DISMISSAL

TO THE CLERK
United States District Court
District of Delaware

      Please enter dismissal without prejudice pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure in the above-captioned case.

                                            COLM F. CONNOLLY
                                            United States Attorney

                                            Patricia C. Hannigan
                                            Assistant United States Attorney
                                            Delaware Bar I.D. No. 2145
                                            The Nemours Building
                                            1007 Orange Street, Suite 700
                                            P. O. Box 2046
                                            Wilmington, DE 19899-2046
                                            (302) 573-6277
                                            Patricia.Hannigan@usdoj.gov

Date: August 4, 2006